IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUSTAFA ALI,** <br>　　　　**Plaintiff** <br><br> v. <br><br> **DR. STANISH, *et al.*,** <br>　　　　**Defendants** | : No. 1:23-CV-0691 <br> : <br> : (Judge Munley) <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Docs. 17, 18) under Federal Rule of Civil Procedure 56 is **GRANTED** as to the issue of failure to exhaust administrative remedies.

2. The Clerk of Court is directed to enter judgment in favor of defendants Dr. Stanish and Wellpath, LLC and against plaintiff Mustafa Ali as to all claims.

3. The Clerk of Court is further directed to CLOSE this case.

Date: 5/8/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court